IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TOM REYNOLDS,

    Plaintiff,

vs.                                                     Cause No. 2:23-cv-00022-GJF-KRS

THE CITY OF LAS CRUCES,

    Defendant.

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

THIS MATTER is before the Court on Defendant's Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, (Doc. 6), filed January 31, 2023. The parties have notified the Court the Motion is unopposed.

IT IS THEREFORE ORDERED that Defendant's Motion for Extension is GRANTED and Defendant shall file a responsive pleading on or before February 7, 2023.

IT IS SO ORDERED.

                                                                    _____
                                                                      KEVIN R. SWEAZEA
                                                                      UNITED STAGES MAGISTRATE JUDGE

Presented, agreed, and prepared and respectfully submitted:

<u>By: /s/ Ben Furth</u>
Ben Furth
Paul Darby Hibner
The Furth Law Firm P.A.
780 South Walnut, Building No. 5
Las Cruces, New Mexico 88001
Telephone:	(575) 522-3996
Fax:		(575) 532-5815

*Attorneys for Plaintiff*


JARMIE & ROGERS, P.C.

<u> /s/ Cody R. Rogers   </u>
Cody R. Rogers
2540 El Paseo Road, Suite D
Las Cruces, New Mexico 88001
Tel. (575) 288-1453
crogers@jarmielaw.com

*Attorneys for Defendant City of Las Cruces*