IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TOM REYNOLDS,

    Plaintiff,

vs.                                  No. 2:23-cv-00022-GJF-KRS

THE CITY OF LAS CRUCES,

    Defendant.

## ORDER ALLOWING WITHDRAWAL OF COUNSEL

**THIS MATTER**, having come before the Court on Attorney Cody R. Rogers' *Motion to Withdraw as Counsel for Defendant* in the above-captioned matter, no parties objecting to Ms. Rogers' withdrawal, and the Court being fully advised in the premises, FINDS that the motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that Cody R. Rogers of Serpe Andrews, PLLC is permitted to withdraw as counsel for the Defendant in this matter.

**IT IS SO ORDERED.**

                                                THE HON. KEVIN R. SWEAZEA
                                                UNITED STATES MAGISTRATE JUDGE

Submitted:

SERPE ANDREWS, PLLC

*/s/ Cody R. Rogers*
Cody R. Rogers
2540 El Paseo Road, Suite D
Las Cruces, NM 88001
Tel. (575) 288-1453
crogers@serpeandrews.com

1

*Approved:*

<u>Approved via e-mail 5/23/2023</u>
Ben Furth
Paul Darby Hibner
The Furth Law Firm, P.A.
780 South Walnut, #5
Las Cruces, NM 88001
Tel. (575) 522-3996
Benfurth64@yahoo.com
Paul.hibner.work@gmail.com
*Attorneys for Plaintiff*