IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**TOM REYNOLDS,**

    Plaintiff,

v.                                    No. 2:23-cv-00022-GJF-KRS

**THE CITY OF LAS CRUCES,**

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

**THIS MATTER** having come before the Court on the Unopposed Motion to Withdraw and substitute Robles, Rael & Anaya, P.C. as counsel for Defendant, the City of Las Cruces, in place of Mynatt Martinez Springer, P.C.  Being apprised that no party or counsel opposes this Motion, this Court finds that the Motion is well-taken and should be granted.

    **IT IS HEREBY ORDERED** that Robles, Rael & Anaya, P.C. shall be substituted as counsel for Defendant the City of Las Cruces.

    **IT IS HEREBY FURTHER ORDERED** that the entry of Mynatt Martinez Springer, P.C. as counsel for Defendant the City of Las Cruces is withdrawn.

                                                    _____
                                                    THE HONORABLE KEVIN R. SWEAZEA
                                                    MAGISTRATE JUDGE

Respectfully submitted by:

s/ Philomena Hausler
Philomena Hausler
Luis Robles
Robles, Rael & Anaya, P.C.
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102

(505) 242-2228
philomena@roblesrael.com
luis@roblesrael.com
*Attorney for Defendant*


**Approved via email on June 30, 2023 by:**

/s/ Ben Furth
Ben Furth, Esq.
Paul Darby Hibner
The Furth Law Firm, P.A.
The Furth Building
780 South Walnut #5
Las Cruces, New Mexico
(575) 522-3996
benfurth64@yahoo.com
paul.hibner.work@gmail.com
*Attorneys for Plaintiff*


/s/ Robert A. Cabello
Robert A. Cabello
Blaine T. Mynatt
Mynatt Martinez Springer, P.C.
P.O. Box 2699
Las Cruces, NM  88004
(575) 524-8812
btm@mmslawpc.com
rac@mmslawpc.com
*Attorneys for Defendant*