IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TOM REYNOLDS,

      Plaintiff,

v.   No. 2:23-cv-22 GJF/KRS

THE CITY OF LAS CRUCES,

      Defendant.

**ORDER RESETTING SETTLEMENT CONFERENCE**

THIS MATTER is before the Court on Defendant's Motion to be Excused from the November 28, 2023 settlement conference, (Doc. 81). The Court held a hearing on the Motion on November 15, 2023, at which counsel for both parties appeared.

The Court hereby GRANTS the Motion, (Doc. 81), in part, and RESETS the settlement conference. All parties and their lead trial counsel shall appear for a settlement conference on **December 7, 2023** at **9:00 a.m.** via Zoom. The Court will send out invitations for the Zoom proceedings approximately one week before the settlement conference.

In addition, Defendant shall serve on Plaintiff a response to Plaintiff's settlement demand letter **no later than November 30, 2023**, each party must provide the Court a concise, confidential letter **no later than December 4, 2023**. Plaintiff's counsel shall also provide the Court copies of the letters exchanged between the parties **no later than December 4, 2023.** The parties' letters shall include all of the information set forth in the Order Setting Settlement Conference, Doc. 78. The parties shall submit their letters and other materials to sweazeaproposedtext@nmd.uscourts.gov.

**IN SUMMARY:**

Defendants' letter due to Plaintiff: **November 30, 2023**

Confidential position papers (and any audio/video recordings) due to the Court: **December 4, 2023**

Settlement Conference: **December 7, 2023 at 9:00 a.m.**

    IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE